James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Christopher R. Miltenberger, Esq., Bar No. 10153
CRM@pisanellibice.com
Eric T. Aldrian, Esq., Bar No. 11897
ETA@pisanellibice.com
PISANELLI BICE PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada   89169
Telephone:  (702) 214-2100
Facsimile:   (702) 214-2101

*Attorneys for SHFL entertainment, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHFL entertainment, Inc., a Minnesota corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>ISB Technology Limited, a British Virgin Islands company, and iSoftBet Ltd., an English company,<br><br>                    Defendants. | Case  No.: 2:13-CV-00585-MMD-GWF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

///

PISANELLI BICE PLLC
3883 HOWARD HUGHES PARKWAY, SUITE 800
LAS VEGAS, NEVADA 89169

PISANELLI BICE PLLC
3883 HOWARD HUGHES PARKWAY, SUITE 800
LAS VEGAS, NEVADA 89169

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED between Plaintiff SHFL entertainment, Inc., by and through its counsel of record, the law firm of PISANELLI BICE PLLC, and Defendants ISB Technology Limited and iSoftBet Ltd., by and through their counsel of record, the law firm of HONIGMAN MILLER SCHWARTZ & COHN LLP, that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' settlement agreement.

DATED this 20th day of February, 2014.

PISANELLI BICE PLLC

By: ___Eric T. Aldrian_____
James J. Pisanelli, Esq., Bar #4027
Christopher R. Miltenberger, Esq. Bar #10153
Eric T. Aldrian, Esq., Bar #11897
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169

*Attorneys for Plaintiff SHFL entertainment, Inc.*

DATED this 20th day of February, 2014.

HONIGMAN MILLER SCHWARTZ & COHN LLP

By: ___J. Michael Huget_____
J. Michael Huget, Esq. (*Pro Hac Vice*)
Brian D. Wassom, Esq. (*Pro Hac Vice*)
130 S 1st Street, 4th Floor
Ann Arbor, Michigan 48104

Stanley Hunterton, Esq., Bar # 1891
HUNTERTON & ASSOCIATES
627 S. 7th Street
Las Vegas, Nevada 89101

*Attorneys for Defendants ISB Technology Limited, and iSoftBet Ltd.*

IT IS SO ORDERED.

_____
U.S. District Judge

Dated: February 20, 2014
_____

2